**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELONZA JESSE TYLER, | No. 08-17370 |
| Plaintiff - Appellant, | D.C. No. 2:06-cv-01883-MCE-EFB |
| v. | |
| R. L. ANDREASEN, M.D.; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., District Judge, Presiding

Submitted February 16, 2010 [**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Elonza Jesse Tyler, a California state prisoner, appeals pro se from the

district court's summary judgment for prison medical officials in his 42 U.S.C.

§ 1983 action alleging deliberate indifference to his medical needs.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

GT/Research

jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Tyler failed to raise a triable issue as to whether defendants were deliberately indifferent to his medical needs concerning his knees. *See id.* at 1058 ("[T]o prevail on a claim involving choices between alternative courses of treatment, a prisoner must show that the chosen course of treatment was medically unacceptable under the circumstances, and was chosen in conscious disregard of an excessive risk to [the prisoner's] health.") (internal quotation marks omitted, alteration in original).

Tyler's remaining contentions are unpersuasive.

We deny all pending motions.

**AFFIRMED**.